IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MOLLY FITZPATRICK,<br><br>                                   Plaintiff,<br><br>     v.<br><br>PERFORMANCE HEALTH<br>TECHNOLOGY, LTD.,<br><br>                                  Defendant. | 6:23-cv-01191-MK<br><br>JUDGMENT |

Based on the record, this matter is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated this 2nd day of October 2023.

                                                        MELISSA AUBIN  
                                                        Clerk of Court

                                                        By:    /s/ J. Klein  
                                                                    Deputy Clerk